IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 1:17-CV-69 |
| 0.045 ACRES OF LAND, MORE OR LESS, SITUATED IN CAMERON COUNTY, TEXAS; AND BERTA PALOMINO, ET AL., | § | |
| *Defendant.* | § | |

**AMENDED COMPLAINT IN CONDEMNATION**

On August 17, 2010, a proceeding commenced with the filing of a Complaint (Docket No. 1) and Declaration of Taking (Docket No. 2) as Civil No. 1:10-cv-00186 in this Honorable Court in the name of the United States of America for the acquisition of a fee simple interest in 17.924 acres of land identified as Tract RGV-HRL-4080, thereafter consolidated on December 4, 2013 with Civil Nos. 1:08-cv-00492, 1:08-cv-00321, 1:08-cv-00467, 1:08-cv-00368, 1:08-cv-00349, 1:08-cv-00342, 1:08-cv-00298, 1:08-cv-00386, 1:08-cv-00210, 1:08-cv-319, 1:08-cv-00320, 1:08-cv-00333, 1:08-cv-00211, 1:08-cv-00416, 1:08-cv-00491, 1:08-cv-00345, 1:08-cv-00322, 1:09-cv-00366, 1:08-cv-00005 and 1:08-cv-00465, situated in Cameron County, Texas.

It is now necessary to amend said consolidated Complaint in Condemnation as follows:

a. To sever into a separate proceeding, with the above-captioned new civil number, 0.045 acres of land, hereinafter identified as Tract RGV-HRL-4014, from the description of the land acquired in Tract RGV-HRL-4080;

b. To sever the estate being taken for Tract RGV-HRL-4014;

c. To provide the estimate of just compensation for Tract RGV-HRL-4014 and deposit funds in the amount of $1,000.00;

d. To clarify as defendants all parties interested in the acquired land who were identified in title examination results received after institution of this proceeding.

The United States of America hereby asserts as follows:

1. This is an amendment of a severed civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Director, Border Patrol Facilities and Tactical Infrastructure Program Management Office, Facilities Management and Engineering, Office of Facilities and Asset Management, U.S. Customs and Border Protection, Department of Homeland Security for the taking of certain interest in real property, under the power of eminent domain through an Declaration of Taking, as amended, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The interest in property taken herein is under and in accordance with the Act of Congress approved on February 25, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, and is funded by appropriations available to execute the tactical infrastructure program of U.S. Customs and Border Protection.

4. The public purpose for which said interest in property is taken is to construct

roads, fencing, vehicle barriers, security lighting, and/or related structures designed to help secure the United States-Mexico border within the State of Texas.

5. The clarified legal description and plat of the previously acquired land being severed by the filing of this Amended Complaint in this severed action, pursuant to an Amended Declaration of Taking, now identified as Tract RGV-HRL-4014, set forth in Schedules "CC" and "DD" attached hereto and made part hereof; which are in lieu of Schedules "C" and "D" for said tract attached to the original Complaint in Condemnation filed in Civil No. 1:10-cv-186 (Docket No. 1).

6. The interest or estate in the land already acquired in these proceedings, identified as Tract RGV-HRL-4014, is set forth in Schedule "EE" attached hereto and made part hereof, which is in lieu of Schedule "E" for said tract attached to the original Complaint in Condemnation filed in Civil No. 1:10-cv-186 (Docket No. 1).

7. The names and addresses of known parties having or claiming an interest in the acquired land identified as RGV-HRL-4014 are set forth in Schedule "GG" attached hereto and made part hereof, which is in lieu of Schedule "G" attached to the original Complaint in Condemnation filed in Civil No. 1:10-cv-186 (Docket No. 1).

8. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

It is intended by this amendment and severance that the original Complaint in Condemnation filed in Civil No. 1:10-cv-186 on August 17, 2010 (Docket No. 1) is not changed, and is not intended to be changed, in any respect except with respect to Tract RGV-HRL-4014 as hereinabove expressly set forth.

WHEREFORE, Plaintiff requests judgment that the stated interest or estate in severed Tract RGV-HRL-4014 be condemned; and, that just compensation for the taking of the severed tract be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**ABE MARTINEZ**
Acting United States Attorney
Southern District of Texas

By: *s/ Richard A. Kincheloe*
**RICHARD A. KINCHELOE**
Assistant United States Attorney
Southern District of Texas No. 1132346
Texas Bar No. 24068107
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3303
E-mail: Richard.Kincheloe@usdoj.gov