IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 1:17-cv-00069 |
| 0.045 ACRES OF LAND, MORE OR LESS, ET AL. | § § § § | |
| *Defendant*. | § | |

**UNITED STATES OF AMERICA'S CERTIFICATE OF INTERESTED PARTIES**

**To the Honorable Andrew S. Hanen,**
**United States District Judge:**

Pursuant to this Court's March 22, 2017 Order Setting Conference (ECF. No. 2), the United States lists the following persons or other entities that are or may be financially interested in this litigation:

1. Berta Palomino;
2. Jose Felipe Palomino;
3. Filomena R. Palomino;
4. Cameron County, Texas;
5. Tony Yzaguirre, Jr., Cameron County Tax Assessor-Collector; and,
6. United States of America, acting through its Department of Homeland Security.

Respectfully submitted,

**ABE MARTINEZ**,
Acting United States Attorney

By:  *s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24068107
S.D. Tex. ID No. 1132346

1000 Louisiana St., Suite 2300
Houston, Texas 77002
Telephone: (713) 567-9422
Facsimile: (713) 718-3033
Email: Richard.Kincheloe@usdoj.gov

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Certificate was served on the parties listed below by first-class U.S. mail, postage prepaid, on March 24, 2017.

Berta Palomino
San Benito, Texas 78586

Jose Felipe Palomino
San Benito, Texas 78586

Filomena R. Palomino
San Benito, Texas 78586

Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
Cameron County Courthouse Admin Building
964 East Harrison Street
Brownsville, Texas 78522

Cameron County, Texas
Honorable Judge Pete Sepulveda, Jr.
c/o Dylbia Jefferies
1100 E. Madison St., 2nd Floor
Brownsville, Texas 78520

*s/ Richard A. Kincheloe*
Richard A. Kincheloe
Assistant United States Attorney